IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BRUCE JOHNSON,**

    **Petitioner,**

**V.**                               **CIVIL ACTION NO. 1:09CV7**
                                                   **(Judge Keeley)**

**JOEL J. ZIEGLER,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 21, 2009, pro se petitioner, Bruce Johnson, ("Johnson") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court referred this matter to United States Magistrate Judge David J. Joel for initial screening and a Report and Recommendation ("R&R") in accordance with Local Rule of Prisoner Litigation 83.09.

On March 23, 2009, Magistrate Judge Joel issued an R&R recommending that this Court grant the defendant's motion to dismiss, deny the petition and dismiss the case with prejudice. The R&R also specifically warned that failure to object to it would result in the waiver of any appellate rights on this issue. Nevertheless, Johnson failed to file any objections.[1]

---

[1] Johnson's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

**JOHNSON V. ZIEGLER** 1:09CV7

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (dkt. no. 14), **GRANTS** the defendant's motion (dkt. no. 9), **DENIES** the Petition for Writ of Habeas Corpus (dkt. no. 1), and **DISMISSES** this case **WITH PREJUDICE.** The Court directs the Clerk to **STRIKE** this case from the Court's docket and to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested, and to transmit copies of this Order to counsel of record.

Dated: April 22, 2009.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE